```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>Kathrine E. Sands,<br><br>　　　Defendants | Case No. **2:09-cv-02406-LKK-JFM**<br><br>**PLAINTIFF'S REQUEST AND ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: November 2, 2009<br>Time: 11:30 am<br>Courtroom: 4 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from November 2, 2009 to December 7, 2009. Plaintiff has been unable to locate and properly serve the Defendant. Pursuant to Local Rule 16, Defendants are to be served within 120 days of filing the complaint. This complaint was filed on August 27, 2009. The 120 day time period would end on December 28, 2009. A continuance to

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS

CONFERENCE

CIV: S-09-cv-02406-LKK-JFM - 1

December 7, 2009 for the status conference will give the Plaintiff's process server ample time to serve this Defendant and for this Defendant to answer Plaintiff's complaint.

Dated: October 16, 2009       /s/Scott N. Johnson
                              Scott N. Johnson,
                              Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to December 28, 2009 at 10:30 a.m.

Date:  October 27, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-09-cv-02406-LKK-JFM - 2

PDF created with pdfFactory trial version www.pdffactory.com