CRIS C. VAUGHAN
VAUGHN & ASSOCIATES
6207 SOUTH WALNUT STREET
SUITE 800
LOOMIS, CA 95650
TELEPHONE:     (916) 660-9401
FAX:           (916) 788-1159
EMAIL:  CCVAUGHAN@SBCGLOBAL.NET

ATTORNEY FOR DEFENDANTS: KATHERINE E. SANDS

SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PRVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
TELEFAX (916) 481-4224
E-MAIL  SCOTTNJOHNSON@DAPIINC.COM

ATTORNEY FOR PLAINTIFF SCOTT N. JOHNSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson<br>    Plaintiff,<br><br>    Vs.<br><br>Katherine E. Sands,<br><br>    Defendants | 2:09-CV-02406-LKK-KJN<br><br>**STIPULATION AND ORDER REQUESTING CONTINUANCE OF PRETRIAL CONFERENCE**<br><br>**PRETRIAL CONFERENCE:8/29/11**<br><br>**TIME:  1:30 pm**<br><br>**COURTROOM: 4; THE HONORABLE LAWRENCE K. KARLTON** |

Plaintiff, SCOTT N. JOHNSON, and Defendant, KATHERINE E. SANDS, by and through their respective attorneys of record, (SCOTT N. JOHNSON; CRIS C. VAUGHAN) jointly request a

Stipulation and Proposed Order Requesting for Continuance of Pretrial Conference
Case No: 2:09-cv-02406-LKK-KJN
1

continuance of the Pretrial Conference currently set for August 29, 2011 at 1:30 pm in Courtroom 4, The Honorable Lawrence K. Karlton presiding.

This Request for a continuance is based on the following:

1. The parties are in settlement negotiations and Plaintiff has made a reasonable demand for settlement that Defense Counsel will recommend to his clients;

2. Defendant's counsel has left several messages for his clients and are awaiting her response regarding possible acceptance of the settlement offer.

3. Both Counsels anticipate that this matter will settle shortly.

RESPECTFULLY SUBMITTED:

Dated:  August 25, 2011

        DISABLED ACCESS PREVENTS INJURY, INC.

           BY: /s/Scott N. Johnson____
             SCOTT N. JOHNSON
             Attorney for Plaintiff
             **SCOTT N. JOHNSON**

Dated:  August 23, 2011

           By: /s/ Cris C. Vaughan___
            CRIS C. VAUGHAN
            Attorney for Defendant
            **Katherine E. Sands**

**ORDER:**

**IT IS SO ORDERED:** that the Pretrial Conference is rescheduled to September 26, 2011 at 2:30 p.m.

Dated:  August 25, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT